IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. RUDDY and CHERILYNN M. RUDDY,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:11-CV-1100<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 15th day of February, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration (Doc. 17) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge