# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. RUDDY and CHERILYNN M. RUDDY, | CIVIL ACTION NO. 3:11-CV-1100 |
| Plaintiffs, | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

## ORDER

**NOW**, this 18th day of July, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 27) is **GRANTED**. The Amended Complaint is **DISMISSED** and the Clerk of Court is directed to mark this case as **CLOSED**.

                                                         /s/ A. Richard Caputo
                                                         A. Richard Caputo
                                                         United States District Judge